**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MARTHA ZATARAIN, | ) | NO. CV 08-8362-JSL(E) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of the United States Magistrate Judge, IT IS ADJUDGED that this matter is remanded to the Commissioner of Social Security Administration for further administrative proceedings.

DATED:   June 10, , 2009.

  /s/ Spencer Letts
  _____
          J. SPENCER LETTS
     UNITED STATES DISTRICT JUDGE